No. D–1767. IN RE DISBARMENT OF DONNELLON. Jerome J. Donnellon, of Cincinnati, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–50. FLORES *v.* UNITED STATES;

No. M–51. TINSLEY *v.* CITY OF INDIANAPOLIS;

No. M–52. COUSINS *v.* NORTH CAROLINA DEPARTMENT OF CORRECTIONS ET AL.;

No. M–53. DOYLE *v.* UNITED STATES; and

No. M–55. WILLIAMS *v.* CITY OF LOS ANGELES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. M–56. IN RE JAQUES. Motion of petitioner to expedite consideration of petition for writ of certiorari denied. Motion to seal petition and other pleadings in this case denied.

No. 95–1340. HUGHES AIRCRAFT CO. *v.* UNITED STATES EX REL. SCHUMER. C. A. 9th Cir. [Certiorari granted, *ante*, p. 926.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 95–1594. DE BUONO, NEW YORK COMMISSIONER OF HEALTH, ET AL. *v.* NYSA–ILA MEDICAL AND CLINICAL SERVICES FUND, BY ITS TRUSTEES, BOWERS ET AL. C. A. 2d Cir. [Certiorari granted, *ante*, p. 926.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–243. SUITUM *v.* TAHOE REGIONAL PLANNING AGENCY. C. A. 9th Cir. [Certiorari granted, *ante*, p. 926.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 95–2024. LAWYER *v.* DEPARTMENT OF JUSTICE ET AL. D. C. M. D. Fla. [Probable jurisdiction noted, *ante*, p. 926.] Motion of the Acting Solicitor General for divided argument granted.